*Thursday, April 16, 1998*

## MOTION DOCKET

**97–1516.  Balatgek v. State Farm Ins. Co.**
Franklin App. No. 96APE12–1619.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

IT IS ORDERED by the court, *sua sponte*, that this cause be held for the decision in Supreme Court case Nos. 97–402 and 97–551, *Ross v. Farmers Ins. Group of Cos.*, and case Nos. 97–2056 and 97–2301, *Davis v. Farmers Ins. Group of Cos.*, and that the oral argument scheduled for April 21, 1998, be canceled.

**97–2419.  State ex rel. Ohio Academy of Trial Lawyers v. Sheward.**
In Prohibition and Mandamus.  This cause originated in this court on the filing of a complaint for writs of prohibition and mandamus.  Upon consideration of the motion of intervening respondent, Attorney General Betty D. Montgomery, to exceed page limit on brief,

IT IS ORDERED by the court that the motion to exceed page limit on brief be, and hereby is, denied.

**98–363.  State ex rel. Manley v. E. Area Court, Columbiana Cty.**
In Prohibition.  On April 13, 1998, relator filed a document titled "show cause order."  The document is, in substance, a request for reconsideration of this court's decision entered April 1, 1998, and, as such, is untimely under S.Ct.Prac.R. XI(2)(A).  Whereas S.Ct.Prac.R. II(2)(C) prohibits the filing of an untimely motion for reconsideration.

IT IS ORDERED by the court, *sua sponte*, that relator's document titled "show cause order" be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**98–286.  State ex rel. Jeffries v. Brigano.**
Warren App. No. CA97–07–083.  This cause is pending before the court as an appeal from the Court of Appeals for Warren County.  It appears from the records of this court that appellant has not filed a merit brief, due April 11, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

*Wednesday, April 22, 1998*

## MERIT DOCKET

**97–859.  Utility Workers Union of Am., AFL–CIO v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–406–EL–COI.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., BRYANT, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

**97–1031.  Ohio Alliance for Affordable Power v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–406–EL–COI.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.

RESNICK, J., not participating.